UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CLAIRE MANGRUM,

Plaintiff,

v.

APPLE, INC.,

Defendant.

Case No. 26-cv-13101-EKL

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Noël Wise for consideration of whether the case is related to *In re: Apple Airtag Marketing, Sales Practices, and Products Liability Litigation*, No. 5:26-md-03199-NW.

**IT IS SO ORDERED.**

Dated: November 16, 2026

EUMI K. LEE
United States District Judge